RB:MEC:mec
F.#2007R00480
MOT.BRUTUS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANDRE BRUTUS,

       Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION
Cr. No. _____

CR 11 - 212

COGAN, J.

LEVY M.J

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ MAR 21 2011 ★
BROOKLYN OFFICE

       PLEASE TAKE NOTICE that the United States of America moves pursuant to Federal Rules of Criminal Procedure Rule 7(b) for leave to file an Information upon the defendant's waiver of Indictment.

Dated: Brooklyn, New York
      March 21, 2011

                                      LORETTA E. LYNCH
                                      United States Attorney
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

              By:     /s/ Martin E. Coffey
                                      Martin E. Coffey
                                      Assistant U.S. Attorney

F. #2007R00480
FORM DBD-34
JUN. 85

No. CR

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

ANDRE BRUTUS,

Defendant.

# NOTICE OF MOTION

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
*Clerk*

*Bail, $* _____

_____
*AUSA MARTIN COFFEY  (718) 254-6157*